UNITED STATES, Appellant

v

HAROLD R. COURTWRIGHT, Sentenced Prisoner (formerly
U. S. Air Force), and WILLIE PORTER, Sentenced
Prisoner (formerly U. S. Army), Appellees

13 USCMA 322, 32 CMR 322

No. 15,999

September 14, 1962

*First Lieutenant Jerome Nelson* argued the cause for Appellant, United
States. With him on the brief were *Major Francis M. Cooper* and *First
Lieutenant Charles D. Reaves.*

*First Lieutenant Gary G. Keltner* argued the cause for Appellees, Ac-
cused. With him on the brief were *Lieutenant Colonel Ralph Herrod*
and *Captain Richard A. Baenen.*

Opinion of the Court

QUINN, Chief Judge:

For the reasons set out in United
States v Franchia, 13 USCMA 315, 32
CMR 315, we answer the certified ques-
tion in the affirmative, and affirm the
decision of the board of review.

Judge KILDAY concurs.

FERGUSON, Judge (concurring in the
result):

I concur in the result for the reasons
set forth in my separate opinion in
United States v Franchia, this day de-
cided.